Sean P. Nalty, CA Bar No. 121253
sean.nalty@ogletree.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA  94105
Telephone:  (415) 442-4810
Facsimile:  (415) 442-4870

Mark G. Kisicki, CA Bar No. 150057
mark.kisicki@ogletree.com
Kyle R. Broadfoot, AZ Bar No. 037134
(admitted *pro hac vice*)
Russell S. Buhite, WA Bar No. 41257
(admitted *pro hac vice*)
russell.buhite@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ  85016
Telephone:  (602) 778-3700
Facsimile:  (602) 778-3750

Attorneys For Defendants
Stuart-Dean Co., Inc. and Jeffrey Nanna

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND; and its JOINT BOARD OF TRUSTEES; ROBERT WILLIAMS and JOHN MAGGIORE, Trustees; | Case No. 3:23-cv-03820-TSH **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, and its JOINT BOARD OF TRUSTEES; ROBERT WILLIAMS and SAL MADRIGAL, Trustees; | Hon. Thomas S. Hixson |
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND, and its JOINT BOARD OF TRUSTEES; ROBERT WILLIAMS and JIM MAGGIORE, Trustees, | |
| Plaintiffs, | |
| v. | |
| STUART-DEAN CO., INC., a New York Corporation; JEFFREY NANNA, an individual, | |
| Defendants. | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

COME NOW Plaintiffs and Defendants, by and through its undersigned counsel, and being of all the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice, each party to bear their own costs, expenses and fees.

The parties have now completely executed settlement papers, fully funded the settlement, and the funds have been received by Plaintiffs' counsel.  Accordingly, the parties agree that this matter, having been amicably resolved through settlement, should be dismissed with prejudice and that the matter be closed.

Respectfully submitted this 12th day of August, 2024.

| | |
|---|---|
| SALTZMAN & JOHNSON LAW CORPORATION | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| By: */s/ Matthew P. Minser*<br>    Matthew P. Minser, SBN 296344<br>    1141 Harbor Bay Parkway, Suite 100<br>    Alameda, CA  94502<br>    Telephone:  (510) 906-4710<br>    Email:    mminser@sjlawcorp.com<br><br>*Attorneys for Plaintiffs* | By: */s/ Russell S. Buhite*<br>    Russell S. Buhite, WSBA #41257<br>    (admitted *pro hac vice*)<br>    1201 Third Avenue, Suite 5150<br>    Seattle, WA  98101<br>    Telephone:  (206) 693-7052<br>    Facsimile:  (206) 693-7058<br>    Email: russell.buhite@ogletree.com<br><br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br><br>By: */s/ Sean P. Nalty*<br>    Sean P. Nalty, SBN 121253<br>    One Embarcadero Center, Suite 900<br>    San Francisco, CA  94105<br>    Telephone:  (415) 442-4810<br>    Facsimile:  (415) 442-4870<br>    Email: sean.nalty@ogletree.com<br><br>*Attorneys for Defendants Stuart-Dean Co. Inc. and Jeffrey Nanna* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document, and I have on file records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request.

Dated: August 12, 2024

*/s/ Russell S. Buhite*
Russell S. Buhite
Attorneys for Defendants

**O R D E R**

**IT IS SO ORDERED:** _____

**Thomas S. Hixson**
**United States Magistrate Judge**

**DATED:** 8/13/2024

**CASE NO.: 3:23-cv-03820-TSH**